UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KAREEM RHODES,

        Petitioner,

                        CASE NO. 2:07-CV-15256
v.                        HONORABLE PATRICK J. DUGGAN

NICK LUDWICK,

        Respondent.
_____/

**<u>ORDER GRANTING PETITIONER'S MOTION
TO EXPAND THE RECORD</u>**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on September 9, 2008.

PRESENT: HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

This matter is before the Court on Petitioner's motion to expand the record to include additional state court documents which he has attached to his motion. Although Respondent is required to submit all transcripts and documents relevant to the determination of the habeas petition at the time the answer is filed, *see* Rule 5, 28 U.S.C. foll. § 2254, the Court may permit the record to be expanded to include additional materials relevant to the determination of the habeas petition. *See* Rule 7, 28 U.S.C. foll. § 2254. The materials submitted by Petitioner appear to be relevant to the resolution of this matter. Accordingly, the Court **GRANTS** Petitioner's motion and accepts the

materials submitted with his motion as part of the record.

**IT IS SO ORDERED**.

s/PATRICK J. DUGGAN<br>UNITED STATES DISTRICT JUDGE

Copies to:

Kareem Rhodes
#525499
St. Louis Correctional Facility
8585 N. Croswell Road
St. Louis, MI 48880

Raina I. Korbakis, A.A.G.