UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kareem Rhodes,

    Petitioner,

Case: 2:07-cv-15256

Honorable Patrick J. Duggan

v.

Nick Ludwick, Warden,
  \
    Respondent.

_____/

## JUDGMENT

Petitioner Kareem Rhodes, a Michigan prisoner, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2005 state convictions for (1) possession with intent to deliver 1,000 grams or more of cocaine in violation of Mich. Comp. Laws § 333.7401 and (2) conspiracy to possess with intent to deliver 1,000 grams or more of cocaine in violation of Mich. Comp. Laws § 750.157a.  In an Opinion and Order issued on this date, the Court concluded that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE**.

DATE: July 17, 2009

                                        s/PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:

Kareem Rhodes, #525499
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, MI   49660

Raina Korbakis, Esq.